UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.     2:25cv04123 CAS (MAAx)                                    Date: December 18, 2025

Title     *MADERA PERSIMMON GROWERS, INC. v. QUALITY 1ST PRODUCE, INC.; ET AL.*

---

Present: The Honorable:     **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                                Not Present

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 16, 2026**, why this action should not be dismissed for lack of prosecution as to defendants.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider plaintiff's filing of a application for the clerk to enter default judgment on **defendants QUALITY 1ST PRODUCE, INC.; FRANK YOUNG; HUA PHUNG; and TIK TOK TRANSPORT LLC**, or plaintiff's filing of a motion for entry of default judgment on defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |